**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brett E Middleton<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5056<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–20744–ABA | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brett E Middleton

11/12/20                                                         **By the court:** Andrew B. Altenburg Jr.
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Brett E Middleton  
    Debtor(s)

Case No. 15-20744-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Nov 12, 2020      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brett E Middleton, 219 Vista Court, Sicklerville, NJ 08081-2907 |
| aty | + | Joel A. Ackerman, Zucker Goldberg & Ackerman, 200 Sheffield Street, Suite 301, Mountainside, NJ 07092-2315 |
| cr | | State of New Jersey, Department of Human Services, Division of Family Development, P.O. Box 716, Trenton, NJ 08625-0716 |
| 515555796 | | Camden Cty Probation, Market Street, Camden, NJ 08101 |
| 516554610 | | MIDFIRST BANK, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 515779281 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 515555802 | + | Midfirst Bank, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 515555803 | | Nj Chld Supt, Cn-716, Trenton, NJ 08625 |
| 515555804 | + | Njsdss-007, P.O. Box 1928, Camden, NJ 08101-1928 |
| 515555805 | + | No Coast Col, 3700 Montgomery Dr, Santa Rosa, CA 95405-5215 |
| 515809539 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, Division Of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 515555806 | + | Teresa Money, 456 E Chapel Avenue, Cherry Hill, NJ 08034-1311 |
| 515555807 | + | Triad Financ, 7711 Center Av, Huntington Bea, CA 92647-3069 |
| 515756212 | + | Wells Fargo Bank, N.A, P.O. Box 45038 MAC Z3057012, Jacksonville, FL 32232-5038 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2020 23:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2020 23:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515555797 | | EDI: CAPITALONE.COM | Nov 13 2020 02:13:00 | Capital One, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 515555799 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2020 00:10:21 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 515555800 | + | EDI: AMINFOFP.COM | Nov 13 2020 02:18:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 515555801 | + | EDI: HFC.COM | Nov 13 2020 02:13:00 | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 515652361 | | EDI: IRS.COM | Nov 13 2020 02:13:00 | IRS-Bankruptcy Dept, 600 Arch Street, Rm 5200, Philadelphia, PA 19106 |
| 515555798 | | EDI: JPMORGANCHASE | Nov 13 2020 02:13:00 | Chase, 800 Brooksedge Blv, Westerville, OH 43081 |
| 515701668 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 00:12:06 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515751160 | + | EDI: JEFFERSONCAP.COM | | |

| | | | |
|---|---|---|---|
| | | Nov 13 2020 02:18:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 515759975 | + EDI: WFFC.COM | Nov 13 2020 02:18:00 | Wells Fargo Bank, NA, PO Box 5058 MAC P6053-021, Portland, OR 97208-5058 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515828054 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 515652362 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 266, Trenton, NJ 08695 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2020                    Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
   on behalf of Creditor MIDFIRST BANK bankruptcynotice@zuckergoldberg.com  bkgroup@kmllawgroup.com

Georgette Miller
   on behalf of Debtor Brett E Middleton bky@margolisedelstein.com
georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com

Isabel C. Balboa
   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
   ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joshua I. Goldman
   on behalf of Creditor MIDFIRST BANK josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com

Rebecca Ann Solarz
   on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

TOTAL: 6